UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROULY CHARALABIDIS
on behalf of himself and all others
similarly situated,

                              Plaintiff,

    -against-

MILOS, INC., d/b/a ESTIATORIO MILOS
NEW YORK, and COSTAS SPILIADIS,

                             Defendants.
------------------------------------------------------------------X

08 Civ. 6973 (RMB) (JCF)

**CONSENT TO SUE**

**ECF CASE**

      I hereby consent to be a plaintiff in the case of *Rouly Charalabidis, et al. v. Milos, Inc., et al.* I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: __8 / 8__, 2008

Signature: _Rouly Charalabidis_

Name: _ROULY CHARALABIDIS_

Address: _75-15 Ditmars Blvd_
_East Elmhurst, NY. 11370_

Telephone: _(917) 623-7785_