UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROULY CHARALABIDIS
on behalf of himself and all others
similarly situated,

            08 Civ. 6973 (RMB) (JCF)

       Plaintiff,       **CONSENT TO SUE**

 -against-

MILOS, INC., d/b/a ESTIATORIO MILOS    **ECF CASE**
NEW YORK, and COSTAS SPILIADIS,

       Defendants.
------------------------------------------------------------X

  I hereby consent to be a plaintiff in the case of *Rouly Charalabidis, et al. v. Milos, Inc., et al.* I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 08/08, 2008

Signature: Rodrigo Collaguazo

Name: Rodrigo Collaguazo

Address: 45-11 49th St.
     Woodside N.Y. 11377 AP 1F

Telephone: (347) 418 6271